UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

IN RE DALE B. ADAMS

No. 3:19-MC-00024

**ORDER**

The Court has received a report and recommendations (Doc. 5) from United States Magistrate Judge Mark E. Ford. The Magistrate recommends that Adams's motion for leave to appeal in forma pauperis be denied. Adams has filed objections (Doc. 8) to the report and recommendations, and the Court has considered the matter de novo. Adams's objections offer neither law nor fact requiring departure from the Magistrate's report and recommendations, which is well-reasoned and ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the motion for leave to appeal in forma pauperis (Doc. 4) is DENIED.

IT IS FURTHER ORDERED that the motion for preliminary injunction and restraining order (Doc. 10) and the motion for leave to file an amended or supplemental complaint (Doc. 11) are TERMINATED AS MOOT.

IT IS SO ORDERED this 22nd day of November, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE